IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHARLES C. SANMANN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                                    CASE NO. 1D14-4114

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed February 6, 2015.

Petition Seeking Belated Appeal -- Original Jurisdiction.

Charles C. Sanmann, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

DENIED.

PADOVANO, WETHERELL, and BILBREY, JJ., CONCUR.